IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| SILICA PRODUCTS LIABILITY § | MDL Docket No. 1553 | |
| LITIGATION § | | |
| § | | |
| CLARK C. KIRKLAND § | | |
| § | | |
| v. § | C.A. No. 04-639 | |
| § | | |
| 3M COMPANY § | | |

**SUGGESTION OF REMAND**

For the reasons stated in Order No. 29 at 218-222 (issued June 30, 2005, MDL 03-1553 Docket Entry No. 1902),[1] the Court hereby recommends to the Judicial Panel on Multidistrict Litigation that <u>Kirkland v. 3M Co.</u>, S.D. Tex. Cause No. 2:04-cv-639, be remanded to the United States District Court for the Northern District of Georgia, where it was assigned Cause No. 1:04-cv-2152.

SIGNED and ENTERED this 11th day of August, 2005.

_____
Janis Graham Jack
United States District Judge

---

[1] A copy of Order No. 29 may be obtained at www.txs.uscourts.gov, under "Notable Cases."