IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| CLARK C. KIRKLAND and SHARON S. KIRKLAND, | § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-04-639 |
| v. | § § | |
| 3M COMPANY, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff Clark Kirkland has filed a motion requesting this Court to unseal a document filed in the above-styled case, and to provide a copy of the document to Plaintiff. (D.E. 72). Specifically, Plaintiff requests that this Court unseal the attachment to D.E. 28, which was filed in this case on February 7, 2005. (D.E. 72, ¶ 8).

Plaintiff's motion claims that Scott Monge withdrew as counsel for Plaintiff in September, 2005, and that Plaintiff "was forced to" proceed pro se in his motion to unseal the document. (D.E. 72, ¶ 4).

The Court responds that records reflect that Scott Monge remains counsel of record for Plaintiff in the above-styled matter.

Plaintiff must accordingly proceed through his counsel Scott Monge.

SIGNED and ENTERED this 18th day of September, 2006.

_____
Janis Graham Jack
United States District Judge