```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION
```

CLARK C. KIRKLAND and SHARON S.     §
KIRKLAND,                           §
                                    §
    Plaintiffs,                    §    Civil Action
                                    §    No. C-04-639
v.                                  §
                                    §
3M COMPANY, et al.,                 §
                                    §
    Defendants.                    §

## ORDER

On this day came on to be considered Plaintiff Clark C. Kirkland's Motion for Reconsideration (D.E. 74) of this Court's Order dated September 18, 2006 (D.E. 73).

This case was transferred to the U.S. District Court for the Northern District of Georgia, Atlanta Division, on October 12, 2005. (D.E. 71). On October 14, 2005, the above-styled action was terminated in this Court. Accordingly, this Court hereby DENIES Plaintiff's Motion for Reconsideration, and ORDERS Plaintiff to seek the requested relief in the transferee Court, the U.S. District Court of the Northern District of Georgia, Atlanta Division.

SIGNED and ENTERED this 3rd day of October, 2006.

_____
Janis Graham Jack
United States District Judge